IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

SCOTT RAY LANGLEY                                                                    PLAINTIFF

v.                                         CASE NO. 2:21-CV-2011

TIARA RAMBO                                                                          DEFENDANT

## JUDGMENT

Pursuant to the order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that this matter is DISMISSED WITH PREJUDICE. The Clerk is directed to place a 28 U.S.C. § 1915(g) strike flag on this case.

IT IS SO ADJUDGED this March 12, 2021.

/s/ P. K. Holmes III
P.K. HOLMES III
U.S. DISTRICT JUDGE